### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UN4 Productions, Inc., | ) | |
|     Plaintiff, | ) | Case No: 17 C 4861 |
| | ) | |
| v. | ) | |
| | ) | |
| Does 1-23, | ) | Judge: Kennelly |
|     Defendant. | ) | |

### ORDER

The Court denies the motion [9] by one of the "Doe" defendants to quash plaintiff's subpoena to Comcast, the defendant's Internet service provider (ISP). The subpoena does not run afoul of the Electronic Communications Privacy Act, 18 U.S.C. 2701-03, because it seeks only information identifying the subscriber, not the contents of any electronic communications. And federal law, which governs this case (not state law, as the Doe defendant contends), permits issuance of the particular subpoena. *See* Fed. R. Civ. P. 45. At the Court's instance, the status hearing set for 9/28/2017 is vacated. The deadline for plaintiff to amend its complaint and add parties is 11/7/2017. The case is set for a status hearing on 11/9/2017 at 9:30 a.m.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 9/25/2017